ACCEPTED
01-14-00417-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/20/2015 3:47:58 PM
CHRISTOPHER PRINI
CLERK

# NO. 01-14-00417-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/20/2015 3:47:58 PM
CHRISTOPHER A. PRINE
Clerk

NICK YEH, INDIVIDUALLY, ASHDON INC. D/B/A IMPRESSION BRIDAL, AND
EMME BRIDAL, INC.,

Appellants/Cross-Appellees,

v.

ELLEN CHESLOFF,

Appellee/Cross-Appellant.

On Appeal from the 268th Judicial District Court,
Fort Bend County, Texas, No. 09-DCV-174184

## UNOPPOSED MOTION TO EXTEND TIME TO FILE
## APPELLEE'S/CROSS-APPELLANT'S BRIEF

Appellee/Cross-Appellant Ellen Chesloff files this Unopposed
Motion asking for a thirty-day extension, **to April 1, 2015**, to file her
Appellee's/Cross-Appellant's Brief in this case.

### I.     BACKGROUND

Appellants appeal the April 25, 2014 Final Judgment entered against
them in the underlying case. Appellee noticed a cross-appeal of that Final

Judgment as well. The Clerk's Record was filed on June 23, 2014 and the Reporter's Record was filed on November 25, 2014.

In a joint motion filed by the parties on December 23, 2014, the parties agreed to extend the time for Appellants to file their brief, and agreed on a briefing schedule for the cross-appeal. This Court extended Appellants' briefing deadline to January 29, 2015 and the parties agreed that the Appellee's/Cross-Appellant's brief would be due thirty days later.

Appellants filed their brief on January 29, 2015, making Appellee's/Cross-Appellant's brief due no later than March 2, 2015.

## II.  REQUESTED EXTENSION

This is Appellee's/Cross-Appellant's first request for an extension. Over the past month, the bulk of the undersigned's time has been spend responding to nine (9) complaints currently pending before the State Commission on Judicial Conduct, and preparing for a hearing before the Commission that was held yesterday, February 19, 2015. Because of this and other, day-to-day matters, the undersigned counsel, who is lead appellate counsel and primarily responsible for preparing the Appellee's/Cross-Appellant's brief in this case, needs additional time to

review the Appellants' brief, review the record, and prepare the Appellee's/Cross-Appellant's brief.

This request is sought not solely for delay, but in order that the Appellee's/Cross-Appellant's Brief and the issues to be presented therein may be clearly and concisely presented to this Court and so that justice may be served.

## III. CERTIFICATE OF CONFERENCE

On February 18, 2015, the undersigned contacted lead appellate counsel for Appellants, Barham Lewis, regarding the substance of this Motion. Mr. Lewis graciously advised that he and his clients were unopposed to the relief being requested.

## IV. PRAYER

For these reasons, Appellee/Cross-Appellant respectfully requests that this Court grant her unopposed motion and extend the time to file her Appellee's/Cross-Appellant's Brief to **April 1, 2015**, and for such other and further relief to which they may be justly and equitably entitled.

Respectfully submitted,

By: /s/ Thad D. Spalding
   **Thad D. Spalding**
   State Bar No. 00791708
   tspalding@texasappeals.com
   **Peter M. Kelly**
   State Bar No. 00791011
   pkelly@texasappeals.com
   KELLY, DURHAM & PITTARD, LLP
   PO Box 224626
   Dallas, TX 75222
   Telephone: 214.946.8000
   Facsimile:  214.946.8433

   and

   **Ronald M. Estefan**
   State Bar No. 00785851
   ron@ronestefanlaw.com
   THE ESTEFAN FIRM, P.C.
   2306 Mason Street
   Houston, Texas 77006
   (713) 333-1100
   (713) 333-1101 (Fax)

   **COUNSEL FOR
   APPELLEE/CROSS-APPELLANT**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this *Unopposed Motion to Extend Time to File Appellee's/Cross-Appellant's Brief* has been forwarded to the following counsel of record on this **20th** day of **February 2015**, pursuant to Texas Rule of Appellate Procedure 9.5(b)(1).

> Barham Lewis
> Barham.Lewis@ogletreedeakins.com
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
> One Allen Center
> 500 Dallas Street, Suite 3000
> Houston, Texas 77002

/s/ Thad D. Spalding
**Thad D. Spalding**